No. 02–8471. KNIGHT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–8476. SUA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8478. SERNA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8479. MORE v. J. B. HUNT TRANSPORTATION, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–8480. BROWN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8481. SALINAS RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8485. DEGLACE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8488. BAEZ-BERMUDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8489. AJETUNMOBI v. ASHCROFT, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 02–8490. TATE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8491. AYALA-SANABRIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8495. ROGERS v. CASTERLINE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–8496. REPLOGLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8499. FRANCOIS, AKA ISENADIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8500. PERKINS v. HEDRICK, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.